104 F.3d 373
 Lamar Andrews, Jerry Harper, Josephine Meadows, J.D. Powell
v.
American Telephone & Telegraph Company, Bell South
Corporation, BellSouth Communications Incorporated, Bell
South Communications Systems, Incorporated, southern Bell
Telephone an dTelegraph Company, Financial collection
Agencies, U.S. Sprint Communications company Limited
Partnership, MCI Telecommunications Corporation, Mical
Communications, Sweepstakes, Prize 395BE, Reward Line, Value House,
 NOS. 95-8046, 95-8047, 95-8048
 United States Court of Appeals,
Eleventh Circuit.
 Dec 04, 1996
 S.D.Ga., 95 F.3d 1014
 
 1
 DENIALS OF REHEARING EN BANC.